UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DENNIS THOMAS MURPHY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JOSEPH JONES; JOSEPH CRUMBLEY, | ) ) ) | Case No. CV415-171 |
| Defendants. | ) ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 20th day of November, 2015.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA